UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAY H. WOODRUFF, SR.,

    Petitioner,

vs.

MICHAEL MUKASEY, HARLEY LAPPIN,

    Respondents.

    No. C-08-04045 MHP

**_SUA SPONTE_ REFERRAL purusant to Civil Local Rule 3-12(c)**

It appears to this court that this matter may be related to C-93-0438 VRW and C-00-04159 VRW since this action purports to be filed on behalf of Kevin Paul Woodruff, the defendant/petitioner in the two previously filed actions. Therefore, this matter is referred to Chief Judge Walker who is the Judge assigned the lower-numbered cases for a determination pursuant to Civil Local Rule 3-12(c).

Date: August 29, 2008

MARILYN HALL PATEL
United States District Court Judge
Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY H. WOODRUFF, SR, | Case Number: CV08-04045 MHP |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MICHAEL MUKASEY et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ray H. Woodruff
1893 Benedict Drive
San Leandro, CA 94577

Dated: September 3, 2008

Richard W. Wieking, Clerk
By: Anthony Bowser, Deputy Clerk